IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:07CR193 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | ORDER |
| BRADLEY PETERMANN, | ) ) | |
| Defendant. | ) | |

This matter is before the Court on the government's motion (Filing No. 31) to restrict the filing of the government's motion to extend his self surrender date (Filing No. 32) pursuant to the E-Government Act.

IT IS ORDERED:

1.  The government's motion (Filing No. 31) is granted; and

2.  The government's motion to extend self surrender date (Filing No. 32) and shall be restricted pursuant to the E-Government Act.

DATED this 5th day of May, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge