# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                        )<br>            Plaintiff,                          )<br>                                                        )<br>    vs.                                             )<br>                                                        )<br>BRADLEY PETERMANN,              )<br>                                                        )<br>            Defendant.                       ) | CASE NO. 8:07CR193<br><br><br><br>ORDER |

This matter is before the Court on the government's motion to extend the Defendant's self surrender date (Filing No. 32) for sixty (60) days.

IT IS ORDERED:

1.  The government's motion to extend the Defendant's self surrender date (Filing No. 32) for sixty (60) days is granted;

2.  The Defendant shall report no later than 2:00 p.m. on Wednesday, July 23, 2008, to the institution designated by the U.S. Bureau of Prisons; and

3.  The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

DATED this 5th day of May, 2008.

BY THE COURT:

S/Laurie Smith Camp
United States District Judge